THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUBEL COAL AND ICE COMPANY, a Corporation, Appellant.— Judgment of conviction and order of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present —Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ. Settle order on notice.